UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America | **Consent Order of Restitution** |
| v. | 23 Mag. 3393 |
| Jasmin Gadson, | |
| Defendant. | **2 3 CRIM 5 3 2** |

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Amanda C. Weingarten, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Count One of the Information; and all other proceedings in this case, it is hereby ORDERED that:

## 1.    **Amount of Restitution**

Jasmin Gadson, the defendant, shall pay restitution in the total amount of   $78,292, pursuant to 18 U.S.C. §§ 3663 and 3663A to the victims of the offense charged in Count One. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

### A.    **Joint and Several Liability**

Restitution is not joint and several with other defendants or with others not named herein.

### B.    Apportionment Among Victims

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid. Restitution shall be paid to the victim(s) identified in the Schedule of Victims, attached hereto as Schedule A, on a pro rata basis, whereby each payment shall be distributed proportionally to each victim based upon the amount of loss for each victim, as set forth more fully in Schedule A.

### 2.    Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:  In the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2).  The defendant will commence monthly installment payments of not less than $250.00 *OR* at least 10% percent of the defendant's gross income, whichever is greater, payable on the first day of each month, immediately upon entry of this judgment.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. § 3613, to the extent warranted.

Pursuant to 28 U.S.C. § 2044 and 18 U.S.C. § 3611, the Court shall order any money belonging to and deposited by the defendant with the Clerk of Court for the purposes of a criminal appearance bail bond to be applied to the payment of restitution.

### 3.    Payment Instructions

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order.

### 4.    Change in Circumstances

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

The defendant shall pay interest on any restitution amount of more than $2,500.00, unless restitution is paid in full before the fifteenth day after the date of the judgment, in accordance with 18 U.S.C. § 3612(f)(1).

### 5.    Term of Liability

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid

2023.2.16                                                       3

balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue

until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: */s/ Amanda C. Weingarten*_____                         10/10/2023____
Amanda C. Weingarten                                               DATE
One Saint Andrew's Plaza
New York, NY 10007
Tel.: (212) 637 – 2257

JASMIN GADSON

By: _____                         10-18-23
JASMIN GADSON                                                 DATE

By: _____                         10/18/23
Andrew Dalack, Esq.                                            DATE
Federal Defenders of New York Inc. (NYC)
52 Duane Street, 10th Floor
New York, NY 10007
Andrew_Dalack@fd.org

SO ORDERED:

_____                         10/18/23
UNITED STATES MAGISTRATE JUDGE          DATE
SOUTHERN DISTRICT OF NEW YORK

2023.2.16                                 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

**Schedule of Victims**

v.

23 Mag. 3393

Jasmin Gadson,

Defendant.

| Name | Address | Amount of Restitution |
|------|---------|----------------------|
| New York State Department of Labor | P.O. Box 270<br>Albany, NY 12212-0270<br>Attn: Bonnie Mooney | $36,632 |
| Cross River Bank<br>Attn: Peter Novak[1] | 400 Kelby Street<br>14th Floor<br>Fort Lee, NJ 07024 | $41,600 |

---

[1] Include the individual loan numbers on the restitution checks in the memo line.

2023.2.16                                                        5