```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA,

       -v-

JASMIN GADSON,

               Defendant.
---------------------------------------------------------------X

23-CR 532 (JLC)

**ORDER**

**JAMES L. COTT, United States Magistrate Judge.**

The sentencing proceeding in this case is scheduled for **January 19, 2024 at 10:00 a.m.** in courtroom 21-D, 500 Pearl Street, New York, NY 10007. If either the Government or the Defendant plans to submit a sentencing memorandum or letter in advance of the proceeding, it must be submitted no later than **January 11, 2024**.

    **SO ORDERED.**

Dated: New York, New York
       October 23, 2023

_____
JAMES L. COTT
United States Magistrate Judge