# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/23

December 6, 2023

BY ECF
The Honorable James L. Cott
Chief United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application granted.

SO ORDERED:

_____
Hon. James L. Cott
United States Magistrate Judge
12/6/23

Re:   **United States v. Jasmin Gadson**
      23 Cr. 532 (JLC)

Dear Judge Cott,

     I write to respectfully request that the Court modify Jasmin Gadon's bail conditions <u>nunc pro tunc</u> to authorize her to live in the Eastern District of New York and to remove, as superfluous, the travel authorization to the District of New Jersey. Since her guilty plea in the above-captioned case, Ms. Gadson and her almost three-year-old son have left their New Jersey apartment and moved back in with Ms. Gadson's mother in Long Island City. I submit this letter at the request of SDNY Pre-Trial Services Officer Jessica Aguilar-Adan, and with the consent of AUSA Amanda Weingarten. I thank the Court for its consideration of this application.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender

Counsel for Jasmin Gadson

Cc:   AUSA Amanda Weingarten